```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| RICHARD CHILDERS, | ) | |
| Plaintiff, | ) | Civil No. 5:21-285-JMH |
| V. | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) | **JUDGMENT** |
| Defendant. | ) | |

\*\* \*\* \*\* \*\* \*\*

In accordance with the Court's Memorandum Opinion and Order entered contemporaneously herewith,

IT IS ORDERED and ADJUDGED as follows:

(1) The Commissioner's decision denying disability benefits to Richard Childers is **VACATED**;

(2) This action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g);

(3) Defendant's motion for summary judgment (DE 18) is **DENIED without prejudice**;

(4) Plaintiff's motion for judgment on the pleadings is **GRANTED** (DE 14), insofar as this matter is remanded for further proceedings;

(5) This matter is **DISMISSED and STRICKEN** from the Court's active docket.

Dated this 12th day of July, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge